MILES O'BRIEN et al., as Receivers, etc., Respondents, v. FREDERICK A. KURSHEEDT, Impleaded, etc., Appellant.

(Argued October 8, 1894; decided October 23, 1894.)

This case was argued and decided with *O'Brien* v. *Fitzgerald* (*ante*, page 377).

---

CLARA HARMON, Respondent, v. VANDERBILT HOTEL COMPANY, Appellant.

(Argued October 8, 1894; decided October 23, 1894.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, entered upon an order made June 18, 1894, which overruled a demurrer to the complaint and reversed an interlocutory judgment in favor of plaintiff entered upon an order of Special Term.

*J. Newton Fiero* for appellant.

*H. D. Birdsall* for respondent.

Agree to affirm order, with costs, with leave to defendant to answer within twenty days upon payment of costs; no opinion.

All concur.

Order affirmed.